IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL DOCKET NO. 1203 |
| This document relates to: JANICE BINION, et al., *Plaintiffs,* v. WYETH-AYERST, et al., *Defendants.* | § § § § § § § § § § § | CIVIL ACTION NO. 02-20119 |

ENTRY OF APPEARANCE
FOR INDEVUS PHARMACEUTICALS, INC.,
f/k/a INTERNEURON PHARMACEUTICALS, INC.

COME NOW, Lanny R. Pace and William M. Dalehite, Jr. of the Law Firm of Steen Dalehite & Pace, LLP, and enters his appearance as counsel for the defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc., in the above styled and numbered cause.

_____
LANNY R. PACE

OF COUNSEL:

LANNY R. PACE
MS BAR NO. 9996
WILLIAM M. DALEHITE, JR.
MS BAR NO. 5566
STEEN DALEHITE & PACE, LLP
Heritage Building, Suite 415
401 East Capitol Street

P. O. Box 900
Jackson, MS 39205-0900
Telephone: 601/969-7054
Facsimile:   601/353-3782

## **CERTIFICATE**

I, Lanny R. Pace, do hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing to:

H. Gray Laird, III
Page, Kruger & Holland, P.A.
P. O. Box 1163
Jackson, MS 39215-1163

Wilbur O. Colom
Rhonda Hayes-Ellis
The Colom Law Firm
P. O. Box 866
Columbus, MS 39703

ATTORNEYS FOR PLAINTIFFS

Neville H. Boschert
Watkins, Ludlam, Winter & Stennis, P.A.
P. O. Box 427
Jackson, MS 39205-0427

Matthew J. Ungarnio
Wayne R. Maldonado
Ann R. Baehr
Ungarnio & Eckert, LLC
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, LA 70002

Sheila M. Bossier
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 2608
Jackson, MS 39225-2608

Richard D. Gamblin
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Kenna L. Mansfield, Jr.
Kelly D. Simpkins
Wells, Marble & Hurst
P. O. Box 131
Jackson, MS 39205-0131

P. N. Harkins, III
Walter T. Johnson
Lynn P. Ladner
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

Ronald G. Peresich
Michael F. Whitehead
Emilie F. Whitehead
Page, Mannino, Peresich & McDermott, PLLC
P. O. Drawer 289
Biloxi, MS 39533

W. Luther Wilson
John Stewart Tharp
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821

Luke Dove
Dove & Chill
4266 Interstate 55 North, Suite 108
Jackson, MS 39211

Lee Howell
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 6020
Ridgeland, MS 39158

Al Nuzzo
Niles Hooper
Markow, Walker & Reeves, P.A.
P. O. Box 13669
Jackson, MS 39236-3669

William M. Gage
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

    This the _____ day of May, 2004.


_____
LANNY R. PACE