# TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                          **HARVIEL, GWEN**                          **DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal.  The wall thickness is increased in the septal area..  Questionable hypertrophy of the left ventricle is present.  The systolic function is normal with an ejection fraction of 65%.  Diastolic dysfunction with decreased compliance of the left ventricle is noted.

Mitral valve shows normal structure and function.

The aorta is of normal dimension.  The aortic valvular function is normal.

Mild tricuspid regurgitation with a velocity of 2.55 meter and the regurgitant gradient of approximately 26 mmHg.

Pulmonic valve velocity is normal.  The pulmonic valvular function is normal.

Estimated pulmonary artery pressure is about 40 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Left ventricular hypertrophy..
3.  Mild tricuspid regurgitation.
4.  Pulmonary artery pressure is about 40 mmHg.
5.  Suggest further clinical correlation.
(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

**JB-P-00096**



ALL-STATE LEGAL®    Exhibit A

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          MC DANIEL, ROBERT                    DATE 6/25/01

**REASON FOR STUDY:**     The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is in normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is about 70%. The global function is normal.

Mitral valve shows minimal thickening with mild mitral regurgitation.

The aorta is of normal dimension. The aortic valvular function is normal.

Mild tricuspid regurgitation.

Mild pulmonic insufficiency.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Mild mitral regurgitation.
3. Mild tricuspid regurgitation.
4. Mild pulmonic insufficiency.
5. Normal pulmonary artery pressure..
6. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

JB-P-00103

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **ROSE, ALISHA D.**                    **DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is increased. Septal area shows slight hypertrophy. The global function is normal with an ejection fraction of 65%.

Mitral valve shows normal structure and function.

The aorta is of normal dimension. The aortic valvular velocity is normal.

Mild to moderate tricuspid regurgitation with a velocity of 2.8 meter and the regurgitant gradient of 32 mmHg.

Pulmonic valve velocity is normal. Pulmonic insufficiency of mild degree is present.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Left ventricular hypertrophy.
3.  Mild tricuspid regurgitation.
4.  Minimal pulmonic insufficiency.
5.  Normal pulmonary artery pressure.
6.  Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34743
(407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**

SHAW, SHIRLEY

DATE 10-27-01

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 50 %.

Mitral valve shows a mild degree of mitral regurgitation with a velocity of 1.46 meter and regurgitant gradient of 8.5 mmHg. RJA/LAA ratio is insignificant.

The aorta is of normal dimension. Aortic valvular velocity is normal.

Mild tricuspid regurgitation with a velocity of 1.96 meter and regurgitant gradient 15.3 mmHg.

Pulmonic valve velocity is normal. Trace of pulmonic insufficiency.

Estimated pulmonary artery pressure is within the normal limits.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.    Normal left ventricular systolic function.
2.    Left atrium appears to be in the upper range of normal.
3.    Mild mitral regurgitation.
4.    Mild tricuspid regurgitation.
5.    ·Trace of pulmonic insufficiency.
6.    Normal pulmonary artery pressure.
7.    Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

JB-P-00121

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          WESTBROOK, MELISSA                    DATE 6/24/01

**REASON FOR STUDY:**     The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained. Technically difficult study.  The patient is quite obese, weight over 265 pounds.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is increased to 4.9 cm.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal. The wall thickness is increased.  Hypertrophy of the left ventricle is present.   The global function is normal with an ejection fraction of greater than 65 %.

Mitral valve is thickened with normal function.

The aorta dimension dilated to 3.9 cm.   Aortic valvular velocity is increased to 1.73 meter and minimal systolic gradient is present.

Mild tricuspid regurgitation with a velocity of 2.64 meter and the regurgitant gradient of approximately 28 mmHg.

Pulmonic valve velocity is normal.  Pulmonic valvular function is normal.

Estimated pulmonary artery pressure is approximately 45 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**
1. Technically difficult study.  The patient is very obese.
2. Normal left ventricular systolic function.
3. Left ventricular hypertrophy.
4. Mild left atrial enlargement.
5. Slight aortic dilatation with a minimal systolic gradient.
6. Mild tricuspid regurgitation.
7. Mild pulmonary hypertension.
8. Suggest further clinical correlation.

JB-P-00115

(Trace means insignificant.  Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

## P2TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                **HARMON, LINDA**                **DATE 4/21/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 80%

Mitral valve shows normal structure and function.

The aorta is of normal dimension. Aortic valve velocity is in the upper range of normal. A mild degree of turbulence is present.

Moderate tricuspid regurgitation with a velocity of 3 meters..

Pulmonic valve velocity is increased. Turbulence is present. A small systolic gradient was noted. A mild degree of pulmonic insufficiency.

Pulmonary artery pressure calculated to be about 50 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Aortic valve turbulence is present.
3. Moderate tricuspid regurgitation.
4. Mild pulmonic insufficiency.
5. Mild pulmonary hypertension.
6. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

ALL-STATE LEGAL®
Exhibit B

LH-P-00023

# TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**     **MURPHY, DONNIE SUSIE**

**DATE 4/22/01**

**REASON FOR STUDY:**     The patient had been on Fen-Phen. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is 75%.

Mitral valve has normal structure and function.

β aorta is of normal dimension. The aortic valvular function is normal.

Mild to moderate tricuspid regurgitation.

The pulmonic valvular velocity is in the upper range of normal. Pulmonic valvular function is normal.

Calculated pulmonary artery pressure is slightly elevated.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

    Normal left ventricular systolic function.
    Mild to moderate tricuspid regurgitation.
    Slightly elevated pulmonary artery pressure.
    Suggest further clinical correlation.
Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the man ear in a quiet room.)

RAZZAK TAI, M.D.
RT/jdg

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **NOLAND, DEBBY**

                                                                **DATE 4/22/01**

**REASON FOR STUDY:**     The patient had been on Fen-Phen. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is increased. Hypertrophy of the left ventricle is present. The systolic function is normal with an ejection fraction of 60%. Diastolic function is abnormal. Decreased compliance of the left ventricle is noted.

Mitral valve is of normal structure and function.

The aorta is of normal dimension. The aortic valvular function is normal.

Mild tricuspid regurgitation.

The pulmonic valve velocity is normal. Slight turbulence is noted..

Estimated pulmonary artery pressure is in the range of about 45 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Left ventricular hypertrophy.
3. Diastolic dysfunction with decreased compliance of the left ventricle.
4. Mild tricuspid regurgitation.
5. Pulmonary valve turbulence.
6. Pulmonary artery pressure is in the range of about 45 mmHg.
7. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK VAL, M.D.
ART/jdg

0004

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
## Kissimmee, Florida 34743
## (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                **CHALMERS, BARBARA**                **DATE 10-27-01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. Technically poor echocardiogram. The views are limited. The endocardium was not visualized, therefore accuracy of the calculation cannot be guaranteed.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole appear to be increased to 3.63 cm. and 5.95 cm. The ejection fraction appears to be within the normal range.

al valve is not visualized.

The aorta is not visualized accurately.

Tricuspid valve not visualized.

Pulmonic valve not visualized.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Technically poor study. Incomplete study.
2. Would require further evaluation and possible TEE or a repeat echocardiogram.
3. Suggest further clinical correlation.
(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg



Exhibit C

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **MC CLURE, JACKIE**                    **DATE 6/25/01**

**REASON FOR STUDY:**     The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal. The wall thickness is increased.  Hypertrophy of the left ventricle is present.   Diastolic dysfunction with decreased compliance of the left ventricle is noted.  The global function is normal with an  ejection fraction of about 65 to 70%.

Mitral valve is thickened with what appears to be minimal mitral regurgitation on doppler.

The aorta is of normal dimension.  The aortic valvular function is normal.

Tricuspid valvular structure and function are normal.

Mild pulmonic insufficiency with mild systolic gradient.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Mild left ventricular hypertrophy.
3. Mild mitral regurgitation
4. Mild pulmonic insufficiency.
5. Suggest further clinical correlation.

(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

FROM : RENO KELLER REPORTING          FAX NO. : 16019781877          Mar. 11 2004 09:41AM P2

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
## Kissimmee, Florida 34743
## (407-932-5666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **HILL, DEBRA**                    **DATE 10-28-01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. This echocardiogram is technically inadequate. The endocardial echoes are not outlined, therefore the calculations of the cardiac output ejection fraction are incorrect.

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. Global function is normal. The ejection fraction is 55 to 60 %.

Mitral valve shows a mild degree of mitral regurgitation.

The aorta is of normal dimension. Aortic valvular velocity is normal. Trace of aortic insufficiency

Mild tricuspid regurgitation.

Mild pulmonic insufficiency.

Estimated pulmonary artery pressure is normal

No evidence of pericardial effusion.

## FINAL CONCLUSION:

1.  Normal left ventricular systolic function.
2.  Mild mitral regurgitation.
3.  Trace of aortic insufficiency.
4.  Mild tricuspid regurgitation.
5.  Trace of pulmonic insufficiency
6.  Normal pulmonary artery pressure.
7.  Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/esm

EXHIBIT
4

*P. Mosley*

## JACKSON CARDIOLOGY ASSOCIATES, P.A.
Echocardiography Laboratory
971 Lakeland Drive, Suite 850
Jackson, MS 39216
(601) 981-8543
Fax 981-3022

Age __48__ Sex __F__ Height __5'__ Weight __200lb__ BSA _____ Date __2-24-00__
Referring Physician __LANGSTON FRAZIER AND SWEET__ TAPE __ ( MT __
Indication _____ TO _____

PERICARDIAL EFFUSION: ANTERIOR POSTERIOR
NONE OR NORMAL SMALL MEDIUM LARGE

VENTRICULAR MEASUREMENTS:

| | | |
|---|---|---|
| RIGHT VENTRICLE | | 7-25mm |
| LEFT VENTRICLE-ED | 46 | 35-55mm |
| LEFT VENTRICLE-ES | 34 | 25-40mm |
| VENTRICULAR SEPTUM_13_ ED | | ES7-12mm |
| LV POSTERIOR WALL_10_ ED | | ES6-12mm |
| SEPTAL MOTION | | |
| POSTERIOR WALL MOTION | | |
| COMMENTS | | |

MITRAL VALVE MEASUREMENTS:
| | |
|---|---|
| EF SLOPE | 80-150mm/sec. |
| TOTAL EXCURSION | 20-30mm |
| MITRAL VALVE MOTION | |

AORTIC & LEFT ATRIAL MEASUREMENTS:

| | | |
|---|---|---|
| AORTIC CUSP EXCURSION | 14 | 16-26mm |
| AORTIC ROOT | 24 | 20-38mm |
| LEFT ATRIUM | 39 | 20-38mm |
| AORTIC VALVE MOTION | | |

RIGHT HEAR VALVES:
TRICUSPID ___RVSP=41mmHg___
PULMONIC _____

LV EF _____ .69 _____ (>0.50)

TECHNICAL COMMENT: _MILD MITRAL REGURGITATION_
_AND TRICUSPID REGURGITATION_

INTERPRETATION:
1. MILD PULMONARY HYPERTENSION WITH RVSP=41mmHg.

2. LEFT AORTIC ENLARGEMENT.

3. NORMAL LEFT VENTRICULAR SYSTOLIC FUNCTION WITH EJECTION FRACTION GREATER THAN .65 %.

4 MILD MITRAL REGURGITATION

_____
CARDIOLOGIST

| PATIENT | DOCTOR | CHART NO. |
|---|---|---|
| MOSLEY, PATRICIA | TAYLOR, MALCOLM P. | 10 |

0020



P. Mosley

## JACKSON CARDIOLOGY ASSOCIATES, P.A.
971 LAKELAND DRIVE, SUITE 250
JACKSON, MISSISSIPPI 39216
(601) 981-8543
(601) 981-3022 FAX

Age __42__  Sex __F__  Height __5'__  Weight __200lb__  BSA _____  M2 _____  Date __02-21-01__
Referring Physician _____  Echo # _____  Tape __29 RED__

**Pericardial Effusion : ANTERIOR POSTERIOR**
**NONE OR NORMAL  SMALL  MEDIUM  LARGE**

**MITRAL VALVE MEASUREMENTS:**
EF SLOPE _____  80-150mm/sec
JET AREA _____
LEFT ATRIA AREA _____
RATIO _____

**VENTRICULAR MEASUREMENTS :**
RIGHT VENTRICLE ___19___ _____ 7-23 mm
LEFT VENTRICLE ED ___40___ _____ 35-55mm
LEFT VENTRICLE ES _____ 5-40mm
VENTRICULAR SEPTUM __16__ ED ____ ES 7-12 mm
L V POSTERIOR WALL __13__ ED ____ ES 6-12 mm
SEPTAL WALL MOTION _____
POSTERIOR WALL MOTION _____
COMMENTS _____

**AORTIC LEFT ATRIAL MEASUREMENTS:**
AORTIC CUSP EXCURSION _____ 16-26mm
AORTIC ROOT _____ 20-38mm
LEFT ATRIUM ___38___ 20-38 mm
LA/AOR _____ 1:1
AORTIC VALVE VEGETATIONS: YES   NO
JET HEIGHT /LVOT _____
RATIO _____

**RIGHT HEART VALVES:**
TRICUSPID ____ RVSP = 39mmHg _____
PULMONIC _____

**TECHNICAL COMMENT:**

**TECHNICIAN:**

**LEFT VENTRICULAR FUNCTION**
FRACTIONAL SHORTENING
_____ 28-40 %
EJECTION FRACTION
.63 _____ 0.50 %

**INTERPRETATION:**
1. LEFT VENTRICULAR HYPERTROPHY.

2. RVSP = 39mmHg , CONSISTENT WITH MODERATE PULMONARY HYPERTENSION.

3. MODERATE TRICUSPID REGURGITATION.

4. MILD MITRAL REGURGITATION.

5. NORMAL LEFT VENTRICULAR SYSTOLIC FUNCTION.

6. EJECTION FRACTION GREATER THAN 60%.

_(signature)_
**CARDIOLOGIST**

PATIENT
**MOSLEY, PATRICIA**

DOCTOR
**TAYLOR, MALCOLM P.**

CHART NO.
__16__

0019

**TRI-COUNTY DOCTORS, INC.**
**907 N. Central Avenue**
**Kissimmee, Florida 34743**
**(407-932-3666**

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **PRATHER, JOANNA**          **DATE 10-27-01**

**REASON FOR STUDY:**     The patient had been on Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**      M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal.. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is about 50 to 55 %. Global function is normal. Diastolic dysfunction with decreased compliance of the left ventricle is noted.

Mitral valve shows minimal mitral regurgitation with a velocity of 1.3 meter and regurgitant gradient of 5 mmHg. RJA/LAA ratio shows a minimal mitral regurgitation.

Aorta is of normal dimension. Aortic valvular velocity is normal.

Mild tricuspid regurgitation with a velocity of 1.37 meter and regurgitant gradient 7.5 mmHg.

Pulmonic valve velocity is normal.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Minimal mitral regurgitation.
3. Mild tricuspid regurgitation.
4. Normal pulmonary artery pressure.
5. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

PM-P-01390

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          STEWART, CHARLES DAVID          DATE 10-28-01

**REASON FOR STUDY:**     The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. This echocardiogram is technically inadequate. The endocardial echoes are not outlined, therefore the calculations of the cardiac output ejection fraction are incorrect.

Right atrial appears to be slightly enlarged with the right ventricular dimension of 3.1 cm.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are increased. Echocardiogram are not well defined, therefore the calculation of the ejection fraction can be erroneous. It appears to be in the lower range of normal.

Mitral valve shows minimal mitral regurgitation with the velocity of 0.78 meter and the regurgitant gradient of 2.4 mmHg.

The aorta is of normal dimension. Aortic valvular velocity is normal. Minimal aortic insufficiency

Minimum tricuspid regurgitation.

Minimal pulmonic insufficiency.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

## FINAL CONCLUSION:

1.   Normal left ventricular systolic function.
2.   Mild right side enlargement.
3.   Mild left ventricular dilatation.
4.   Minimal mitral regurgitation.
5.   Minimal tricuspid regurgitation.
6.   Minimal aortic insufficiency
7.   Minimal pulmonic insufficiency.
8.   Normal pulmonary artery pressure.
9.   Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)


A. RAZZAK TAI, M.D.
ART/esm

PM-P-00098

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **WEATHERSBY, SHARON**                    DATE 6/25/01

**REASON FOR STUDY:**     The patient had been on Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Moderate right sided enlargement.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are increased to 3.3 cm. and 6.4 cm. The global function is normal with an ejection fraction of about 70%. Diastolic function is abnormal with decreased compliance. Left ventricular hypertrophy is present.

Mitral valve shows normal structure and function.

The aorta dimension is increased to 3.7 cm. . The aortic valvular velocity is increased. A mild systolic gradient of approximately 16 mmHg. is present..

Moderate tricuspid regurgitation with a velocity of approximately 4 meter and the regurgitant gradient of 64 mmHg.

Pulmonic valve velocity is normal. The pulmonic valvular function is normal.

Estimated pulmonary artery pressure is calculated to be 80 to 84 mmHg. .

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Left ventricular hypertrophy.
3. Right sided enlargement..
4. Minimally dilated aorta and minimal aortic systolic gradient.
5. Moderate tricuspid regurgitation
6. Moderate pulmonary hypertension.
7. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
## Kissimmee, Florida 34741
## (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **BEAVER, AMANDA.**                    **DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. Wall thickness is increased. Hypertrophy of the left ventricle is present involving mostly the posterior wall segment. The global function is normal with an ejection fraction of about 70 %

Mitral valve shows normal structure and function.

The aorta is of normal dimension. The aortic valvular function is normal.

Tricuspid valvular structure and function are normal.

Pulmonic valvular structure and function are normal.

Pulmonary artery pressure appears to be normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Left ventricular hypertrophy.
3. Normal valvular functions.
4. Normal pulmonary artery pressure.
5. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK, M.D.
ART/jdg

MS-P-00065



ALL-STATE LEGAL®

Exhibit D

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **CUNNINGHAM, KAY**

**DATE 6/25/01**

**REASON FOR STUDY:**     The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

The right side is in the upper range of normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The global function is normal with an ejection fraction of 60%.

Mitral valve is thickened with normal function.

The aorta is of normal dimension. The aortic valvular function is normal.

Moderate tricuspid regurgitation with the velocity of 2.74 meter and regurgitant gradient of 30 mmHg..

Pulmonic valve velocity is in the upper range of normal. Pulmonic valvular function is normal.

Estimated pulmonary artery pressure is about 42 mmHg..

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Segmental hypertrophy.
3. Right side dimension is in the upper range of normal.
4. Moderate tricuspid regurgitation.
5. Mild pulmonary hypertension.
6. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

MS-P-00073

*Sanders*

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                          **DALE, SARAH**                          **DATE 10-28-01**

**REASON FOR STUDY:**     The patient had been on Redux.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained. This echocardiogram is technically inadequate.  The endocardial echoes are not outlined, therefore the calculations of the cardiac output ejection fraction is incorrect.

**INTERPRETATION:**

The right side appears to be slightly enlarged.

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are increased however, there is no endocardial echo, therefore this calculation is not correct.  Looking at the 2-D study the left ventricle size appears to be normal  The ejection fraction appears to be within the normal range.

Mitral valve shows mild mitral regurgitation with a velocity of 1.11 meter.

The aorta is of normal dimension.  Aortic valvular velocity is normal.  Trace of aortic insufficiency

Mild tricuspid regurgitation with a velocity of 1.12 meter and the regurgitant gradient of 6 mmHg

Pulmonic valve velocity is normal.  Trace of pulmonic insufficiency is noted.

Pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Technically poor study.  Left ventricular measurements are inaccurate.
2. Eyeballing, the left ventricle there appears to be of normal function
3. Mild mitral regurgitation.
4. Trace of  aortic insufficiency.
5. Mild tricuspid regurgitation.
6. Trace of pulmonic insufficiency.
7. Normal pulmonary artery pressure.
8. Suggest further clinical correlation.

(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/esm

# TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**

**HOLDER, CINDY**

**DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Redux.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right side is in the upper range of normal.

Left atrial size is in the upper range of normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal. The wall thickness is increased.  Hypertrophy of the left ventricle is present.  The systolic function is normal with an ejection fraction of 65%.  Diastolic dysfunction with decreased compliance of the left ventricle is noted.

Mitral valve shows normal structure and function.

The aorta is of normal dimension.  The aortic valvular function is normal.

Mild tricuspid regurgitation with a velocity of 2.55 meter and the regurgitant gradient of approximately 26 mmHg.

Pulmonic valve velocity is normal.  The pulmonic valvular function is normal.

Estimated pulmonary artery pressure is about 40 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Left ventricular hypertrophy..
3. Mild tricuspid regurgitation.
4. Pulmonary artery pressure is about 40 mmHg.
5. Suggest further clinical correlation.

Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK, M.D.

RT/jdg

# VISTA MEDICAL

**2500 JOHN ANDERSON DRIVE**
**ORMOND, BEACH, FL 32176**
**(386) 441-4800**

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **IRBY, SENATRA**                    **12/18/02**

**REASON FOR STUDY:** The patient had been on Fen/Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:** M-Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole is normal. Global function is normal with an ejection fraction of 81%.

Mild mitral regurgitation. RJA/LAA ratio is 9%.

The aorta is of normal dimension.

Tricuspid valvular function is normal.

Pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**
1. Normal left ventricle systolic function.
2. Mild mitral regurgitation (9%).
3. Normal tricuspid valvular function.
4. Normal pulmonary artery pressure.
5. Suggest further clinical correlation.

**(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild can be heard by the human ear in a quiet room.)**

A. RAZZAKUTAI, M.D./all

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**            **JOHNSON, RHONDA**                          **DATE 4/21/01**

**REASON FOR STUDY:**    The patient had been on Redux. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 70%.

Mitral valve shows trace regurgitation.

The aorta is of normal dimension. The aortic valve velocity is increased. A small systolic gradient of less than 10 mmHg. is present.

Tricuspid valve structure and function are normal.

Minimal pulmonic valve insufficiency by color Doppler.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Trace of mitral regurgitation.
3. Trace pulmonic insufficiency.
4. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

MS-P-00080

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **SANDERS, MARY**

                                                                                **DATE 4/22/01**

**REASON FOR STUDY:**     The patient had been on Fen-Phen. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 70%.

Mitral valve shows normal structure and function.

The aorta is minimally dilated. The aortic valvular function is normal.

Mild tricuspid regurgitation.

Minimal pulmonic insufficiency.

Estimated pulmonary artery pressure is 48 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Minimally dilated aorta.
3. Mild tricuspid regurgitation.
4. Minimal pulmonic insufficiency.
5. Mild pulmonary hypertension.
6. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK-TAI, M.D.
ART/jdg

MS-P-00153

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**

### SHAW, FREDDY

**DATE 10-27-01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is increased to 4 cm.. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are increased to 4.41 cm. and 6 cm. The global function is normal with an ejection fraction of 50 to 55 %.

Mitral valve shows minimal mitral regurgitation with a velocity of less than 1 meter and regurgitant gradient is insignificant.

The aorta is of normal dimension. Aortic valvular velocity is normal.

..mal tricuspid regurgitation with a velocity of 1.11 meter and regurgitant gradient 5 mmHg.

Pulmonic valve velocity is normal.

Pulmonary artery pressure calculated is in the normal limits.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Left ventricular enlargement.
3. Left atrial size in the upper range of normal.
4. Minimal mitral regurgitation.
5. Minimal tricuspid regurgitation.
6. Normal pulmonary artery pressure.
7. Suggest further clinical correlation.

Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the uman ear in a quiet room.)


ι. RAZZAK TAI, M.D.
ιRT/jdg

MS-P-00088

**TRI-COUNTY DOCTORS, INC.**
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**        **WILLIAMS, VIRGINIA R.**            DATE 4/21/01

**REASON FOR STUDY:**      The patient had been on Fen-Phen. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. Technically difficult study.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is increased. Hypertrophy of the left ventricle is present. The systolic function is normal with an ejection fraction of greater than 75 %.

Mitral valve shows mild thickening with mitral valve prolapse and mild mitral regurgitation with a velocity of 2.7 )meter present.

The aorta is normal in dimension. The aortic valve has normal structure and function.

Mild tricuspid regurgitation.

Pulmonic valve velocity is normal.

Normal pulmonary artery pressure.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Technically difficult study.
2. Normal left ventricular systolic function.
3. Left ventricular hypertrophy.
4. Mild mitral regurgitation.
5. Mild tricuspid regurgitation.
6. Normal pulmonary artery pressure.
7. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

MS-P-00094

# VISTA MEDICAL

2500 JOHN ANDERSON DRIVE
ORMOND, BEACH, FL 32176
(386) 441-4800

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**

**ALFORD, KIMBERLY**

12/18/02

**REASON FOR STUDY:** The patient had been on Fen/Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:** M-Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole is normal. Global function is normal with an ejection fraction of 61%.

Mild mitral regurgitation. RJA/LAA ratio is 8%.

The aorta is of normal dimension.

Tricuspid valvular function is normal.

Pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**
1. Normal left ventricle systolic function.
2. Mild mitral regurgitation (8%).
3. Normal tricuspid valvular function.
4. Normal pulmonary artery pressure.
5. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild can be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D./all

Exhibit E

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

### ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**  CARPENTER, CATHY  DATE 10-28-01

**REASON FOR STUDY:**    The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained. This echocardiogram is technically inadequate.  The endocardial echoes are not outlined, therefore the calculations of the cardiac output ejection fraction is incorrect.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal.  The wall thickness is normal.  Global fraction is in the low range of normal.  Ejection fraction is in the lower range of 40%.

jitral valve shows mild to moderate regurgitation with the velocity of 2.05 meter with the regurgitant gradient of 3.7 mmHg.

The aorta is of normal dimension.  Aortic valvular velocity is normal.  Minimal degree of aortic insufficiency is present.

Trace of tricuspid regurgitation.

Pulmonic valve velocity is normal.  Trace of pulmonic insufficiency.

Estimated pulmonary artery pressure is 12.3 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Low normal ejection fraction.
3.  Mild mitral regurgitation (16.7 mmHg).
4.  Minimal aortic insufficiency.
5.  Trace of tricuspid regurgitation
6.  Trace of pulmonic insufficiency
7.  Normal pulmonary artery pressure.
Suggest further clinical correlation.

race means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the .man ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/esm

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**        **COOPER, ELAYNA G.**        **DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Mild right sided enlargement.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 60%..

Mitral valve is thickened with moderate mitral regurgitation with a velocity of 3.16 meter and the regurgitant gradient is about 40 mmHg. Using the formula of regurgitant jet amplitude with area covered is about 14%, which would indicate mild mitral regurgitation.

The aorta is of normal dimension. The aortic valvular function is normal.

Moderate tricuspid regurgitation with a velocity of 3.19 meter and the regurgitant gradient of 40 mmHg.

Pulmonic valvular structure and function are normal.

Estimated pulmonary artery pressure is elevated to approximately 60 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function. .
2.  Right sided enlargement.
3.  Mild mitral regurgitation
4.  Moderate tricuspid regurgitation
5.  Moderate pulmonary hypertension.
6.  Suggest further clinical correlation.
(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK UAI, M.D.
ART/jdg

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **DAVIS, SUSAN**                     DATE 11/14/01

**REASON FOR STUDY:**    The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is about 50 %. Global function is at the lower limits of normal. Diastolic dysfunction with decreased compliance of the left ventricle is noted.

b. _al valve shows mild mitral regurgitation with a velocity of 2.17 meter and regurgitant gradient 18.8 mmHg. RJA/LAA is 11.5%, indicative of mild mitral regurgitation.

The aorta is of normal dimension. Aortic valvular velocity is normal. A trace of aortic insufficiency is present.

Mild tricuspid regurgitation with a velocity of 1.06 meter and regurgitant gradient of 5 mmHg.

Pulmonic valve velocity is normal. Trace of pulmonic insufficiency.

The pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Mild mitral regurgitation (11.5%)..
3. Trace of aortic insufficiency.
4. Mild tricuspid regurgitation.
5. Trace of pulmonic insufficiency.
6. Normal pulmonary artery pressure.
7. Suggest further clinical correlation.
(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

AZZAK TAI, M.D.
/jdg                    SIGNATURE ON FILE

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
## Kissimmee, Florida 34743
## (407-932-3666

### ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **ROWAN, VALERIE GIVENS**                    **DATE 10-28-01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen and Redux.. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is 65 %.

Mitral valve shows mild mitral regurgitation with a velocity of 1:11 meter and regurgitant gradient 5 mmHg.

The aorta is of normal dimension. Aortic valvular velocity is normal. Minimal aortic insufficiency.

Mild tricuspid regurgitation with a velocity of 2.22 meter and the regurgitant gradient of 19.7 mmHg

Pulmonic valve velocity is normal. Trace of aortic insufficiency is noted.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Mild mitral regurgitation.
3. Mild tricuspid regurgitation.
4. Minimal aortic insufficiency.
5. Trace of pulmonic insufficiency
6. Normal pulmonary artery pressure.
7. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

**0013**

A. RAZZAK TAI, M.D.
ART/esm.

BS-P-03579

# TRI-COUNTY DOCTORS, INC.
## 907 N. Central Avenue
## Kissimmee, Florida 34743
## (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**        **JOHNSON, MEVALONE A**        **DATE 11/14/01**

**REASON FOR STUDY:**     The patient had been on Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 65 %.

Mitral valve shows mild mitral regurgitation with a velocity of 1.18 meter and regurgitant gradient 5.5 mmHg. RJA/LAA ratio is indicative of mild mitral regurgitation..

} aorta is of normal dimension. Aortic valvular velocity is normal with a trace of aortic insufficiency.

Mild tricuspid regurgitation.

Pulmonic valve velocity is normal. Trace of pulmonic insufficiency.

The pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Normal left ventricular systolic function.
2. Mild mitral regurgitation.
3. Trace of aortic insufficiency.
4. Mild tricuspid regurgitation.
5. Trace of pulmonic insufficiency.
6. Normal pulmonary artery pressure.
7. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

**SIGNATURE ON FILE**

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **JOHNSON, RAMONA**          DATE 6/25/01

**REASON FOR STUDY:**     The patient had been on Fen-Phen. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. Technically difficult study. Limited views. The endocardium was not visualized.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction is greater than 70%.

Mitral valve is thickened with normal function.

The aorta is of normal dimension. The aortic valvular function is normal.

Tricuspid valvular structure and function are normal.

Pulmonic valvular structure and function are normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1. Technically difficult study. Limited study. The endocardium was not visualized.
2. Normal left ventricular systolic function.
3. Normal valvular function.
4. Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

BS-P-00143

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

### ECHOCARDIOGRAM AND DOPPLER ANALYSIS

PATIENT:       MC MILLAN, BRUCE       DATE 11/14/01

**REASON FOR STUDY:**      The patient had been on Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**      M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. Technically difficult study. The study is limited. The patient has morbid obesity, 300 pounds.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is increased to 4.18 cm. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is increased. Septal hypertrophy and posterior segmental hypertrophy is noted. Diastolic dysfunction with decreased compliance of the left ventricle is noted. The ejection fraction is in the low range of 48%.

Mitral valve shows mild mitral regurgitation with a velocity of 1.3 meter and regurgitant gradient 7 mmHg. RJA/LAA ratio is indicative of mild mitral regurgitation.

The aorta is of normal dimension. Aortic valvular velocity is normal.

Mild tricuspid regurgitation with a velocity of 1.12 meter and regurgitant gradient of 5 mmHg.

Pulmonic valve velocity is normal. Trace of pulmonic insufficiency.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.   Low normal ejection fraction 48%.
2.   Diastolic dysfunction.
3.   Septal hypertrophy and posterior segmental hypertrophy.
4.   Mild mitral regurgitation (11.5%)..
5.   Mild tricuspid regurgitation.
6.   Trace of pulmonic insufficiency.
7.   Normal pulmonary artery pressure.
8.   Suggest further clinical correlation.

(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.      SIGNATURE ON FILE
ART/jdg

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

### ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **PRESTON CAROLYN**              DATE 10-28-01

**REASON FOR STUDY:**      The patient had been on Fen-Phen and Redux. The patient has multiple complaints. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**      M Mode and 2-D study was obtained in various views. A Doppler analysis was also obtained. This echocardiogram is technically inadequate. The endocardial echoes are not outlined, therefore the calculations of the cardiac output ejection fraction are incorrect.

**INTERPRETATION:**

Right side is in the upper range of normal.

Left atrial size is normal. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The ejection fraction in the low range of normal 45%, . Diastolic dysfunction with decreased compliance of the left ventricle is noted.

Mitral valve shows mild mitral regurgitation with a velocity of 1.17 meters and the regurgitant gradient 6 mmHg.

The aorta is of normal dimension. Aortic valvular velocity is normal.

Mild tricuspid regurgitation with a velocity of 1 meter and the regurgitant gradient of 4 mmHg.

Pulmonic valve velocity is normal. Trace of pulmonic insufficiency.

Estimated pulmonary artery pressure is normal 14mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.    Normal left ventricular systolic function.
2.    Diastolic dysfunction.
3.    Mild mitral regurgitation.
4.    Mild tricuspid regurgitation (4mmHg).
5.    Trace of pulmonic insufficiency
6.    Normal pulmonary artery pressure (14mmHg).
7.    Suggest further clinical correlation.
(Trace means insignificant. Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/esm

BS-P-02177

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **REED, ANGELA TUCK**                         **DATE 6/25/01**

**REASON FOR STUDY:**     The patient had been on Redux.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**     M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal.  Wall thickness is normal.  The ejection fraction is greater than 60%.

Mitral valve is thickened with normal function.

The aorta is of normal dimension.  The aortic valvular function is normal.

Mild tricuspid regurgitation.

Pulmonic valvular velocity is slightly increased.  A mild degree of turbulence is present.  The function appears to be normal.

Estimated pulmonary artery pressure is normal.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Mild tricuspid regurgitation.
3.  Mild pulmonic valve turbulence.
4.  Normal pulmonary artery pressure.
5.  Suggest further clinical correlation.
(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK, M.D.
ART/jdg

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34743
### (407-932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**

**SIMPSON, CARRIE**

**DATE 10-27-01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal

Left atrial size is normal.. No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal. Mechanical function of the left ventricle is normal. The wall thickness is normal. The global function is normal with an ejection fraction of 66 %.

Mitral valve shows thickening with minimal mitral regurgitation with a velocity of 1.18 meter and regurgitant gradient of 5.6 mmHg.

The aorta is of normal dimension.  Aortic valvular function is normal.

Mild tricuspid regurgitation with a velocity of 2.62 meter and regurgitant gradient 27.4 mmHg.

Pulmonic valve velocity is normal.  Minimal pulmonic insufficiency

Estimated pulmonary artery pressure is 37.4 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.    Normal left ventricular systolic function.
2.    Minimal mitral regurgitation.
3.    Mild tricuspid regurgitation.
4.    Minimal pulmonic insufficiency.
5.  . Mild pulmonary hypertension (37.4 mmHg.).
6.    Suggest further clinical correlation.
(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)


A. RAZZAK TAI, M.D.
ART/jdg


BS-P-00176

05/17/2001  12:08    8139857433                    MCCM                          PAGE  75

## TRI-COUNTY DOCTORS, INC.
### 907 N. Central Avenue
### Kissimmee, Florida 34741
### (407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**          **STALLINGS, BRENDA**                 **DATE 4/22/01**

**REASON FOR STUDY:**       The patient had been on Fen-Phen. To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**       M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Right atrial and ventricle dimension and function are normal.

Left atrial size is normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal. The wall thickness is normal.  The ejection fraction is greater than 80%.

Mitral valve shows normal structure and function.

The aorta is of normal dimension.  The aortic valvular structure and function are normal.

Mild tricuspid regurgitation.

Pulmonic valve velocity is normal.

Estimated pulmonary artery pressure is about 40 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Mild tricuspid regurgitation.
3.  Pulmonary artery pressure is in the upper limits of normal.
4.  Suggest further clinical correlation.
(Trace means insignificant.  Minimal is a slightly lower grade than mild.  Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK, M.D.
ART/jdg

0004

TRI-COUNTY DOCTORS, INC.
907 N. Central Avenue
Kissimmee, Florida 34741
(407) 932-3666

## ECHOCARDIOGRAM AND DOPPLER ANALYSIS

**PATIENT:**                    **STEWART, HARRIET**                    **DATE 6/25/01**

**REASON FOR STUDY:**    The patient had been on Fen-Phen.  The patient has multiple complaints.  To define the ventricular and valvular function an echocardiogram was performed.

**TECHNIQUE:**    M Mode and 2-D study was obtained in various views.  A Doppler analysis was also obtained.

**INTERPRETATION:**

Minimal right sided enlargement.

Left atrial size is in the upper limits of normal.  No evidence of intramural thrombus.

Left ventricular dimension in systole and diastole are normal.  Mechanical function of the left ventricle is normal.  The wall thickness is increased.  The septal area is thickened.  Hypertrophy is present.  The global function is normal with an ejection fraction of about 75 %.

Mitral valve shows thickening with normal function.

The aorta is of normal dimension.   The aortic valvular function is normal.

Moderate tricuspid regurgitation with a velocity of 3.26 meter and a regurgitant gradient of 43 mmHg. is present.

Pulmonic valve velocity is normal.  Minimal pulmonic insufficiency is noted.

Estimated pulmonary artery pressure is about 60 mmHg.

No evidence of pericardial effusion.

**FINAL CONCLUSION:**

1.  Normal left ventricular systolic function.
2.  Left ventricular hypertrophy.
3.  Minimal right sided enlargement.
4.  Moderate tricuspid regurgitation.
5.  Minimal pulmonic insufficiency.
6.  Moderate pulmonary hypertension.
7.  Suggest further clinical correlation.

(Trace means insignificant.  Minimal is a slightly lower grade than mild. Mild is the one that could be heard by the human ear in a quiet room.)

A. RAZZAK TAI, M.D.
ART/jdg

BS-P-02178