IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
PAGE, KRUGER & HOLLAND, P.A. CASES
LISTED ON EXHIBIT A

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2006 it having been advised that all claims between all the parties in the cases listed on Exhibit A have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY:   s/Ronald Vance
       Ronald Vance
       Deputy Clerk

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Bagley, Johnnie | Robbins, Duwanda, et al. | 02-20081 | MSS |
| 2 | Ferguson, Mary | Robbins, Duwanda, et al. | 02-20081 | MSS |
| 3 | Mattox, Anita | Robbins, Duwanda, et al. | 02-20081 | MSS |
| 4 | Bagley, JaMertra, correctly identified on complaint as Bagley, JaMetra. | Harmon, Linda, et al. | 02-20082 | MSS |
| 5 | Bell, Velma | Harmon, Linda, et al. | 02-20082 | MSS |
| 6 | Carothers, Dianne | Harmon, Linda, et al. | 02-20082 | MSS |
| 7 | Cupp, Becky | Harmon, Linda, et al. | 02-20082 | MSS |
| 8 | Edwards, Felicia | Harmon, Linda, et al. | 02-20082 | MSS |
| 9 | Ezell, Iris | Harmon, Linda, et al. | 02-20082 | MSS |
| 10 | Greer, LeAnna | Harmon, Linda, et al. | 02-20082 | MSS |
| 11 | Hairston, Coretta | Harmon, Linda, et al. | 02-20082 | MSS |
| 12 | Hammitte, Brenda White | Harmon, Linda, et al. | 02-20082 | MSS |
| 13 | Hill, Linda | Harmon, Linda, et al. | 02-20082 | MSS |
| 14 | Hood, Lila | Harmon, Linda, et al. | 02-20082 | MSS |
| 15 | Humphries, Johnnie | Harmon, Linda, et al. | 02-20082 | MSS |
| 16 | Hutchens, Nancy | Harmon, Linda, et al. | 02-20082 | MSS |
| 17 | James, Jacqueline Greelaw, correctly identified on complaint as James, Jacqueline Greenlaw. | Harmon, Linda, et al. | 02-20082 | MSS |
| 18 | Lambert, Lisa Smith | Harmon, Linda, et al. | 02-20082 | MSS |
| 19 | Morris, Natalie | Harmon, Linda, et al. | 02-20082 | MSS |
| 20 | Murphey, Harold | Harmon, Linda, et al. | 02-20082 | MSS |
| 21 | Murphy, Donna | Harmon, Linda, et al. | 02-20082 | MSS |
| 22 | Pearson, Sonja | Harmon, Linda, et al. | 02-20082 | MSS |
| 23 | Reed, Shirley Duck | Harmon, Linda, et al. | 02-20082 | MSS |
| 24 | Simpson, Varnell | Harmon, Linda, et al. | 02-20082 | MSS |
| 25 | Smith, Wanda Marshall | Harmon, Linda, et al. | 02-20082 | MSS |
| 26 | Stennis, Jackie | Harmon, Linda, et al. | 02-20082 | MSS |
| 27 | Toles, Samantha | Harmon, Linda, et al. | 02-20082 | MSS |
| 28 | Turner, Donnah | Harmon, Linda, et al. | 02-20082 | MSS |
| 29 | Wells, Lisa | Harmon, Linda, et al. | 02-20082 | MSS |
| 30 | Williams, Anna Laura | Harmon, Linda, et al. | 02-20082 | MSS |
| 31 | Winter, Karen Alice | Harmon, Linda, et al. | 02-20082 | MSS |
| 32 | Alford, Kimberly S. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 33 | Bailey, Stephanie | Stallings, Brenda, et al. | 02-20118 | MSS |
| 34 | Blanch, Marilyn | Stallings, Brenda, et al. | 02-20118 | MSS |
| 35 | Blanch, Marilyn R. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 36 | Brown, Johnie Belinda | Stallings, Brenda, et al. | 02-20118 | MSS |
| 37 | Buchanan, Mary C. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 38 | Burney, Priscilla | Stallings, Brenda, et al. | 02-20118 | MSS |
| 39 | Carpenter, Cathy | Stallings, Brenda, et al. | 02-20118 | MSS |
| 40 | Cooper, Elayna | Stallings, Brenda, et al. | 02-20118 | MSS |
| 41 | Cupp, Jr., Billy | Stallings, Brenda, et al. | 02-20118 | MSS |
| 42 | Douglas, Charlie | Stallings, Brenda, et al. | 02-20118 | MSS |
| 43 | Eifling, Richard D. | Stallings, Brenda, et al. | 02-20118 | MSS |

EXHIBIT A
Case 2:02-cv-20119-HB   Document 35   Filed 12/20/2006   Page 3 of 6

Page Kruger and Holland MDL Plaintiffs
Multiple Plaintiff Cases
12/14/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 44 | Griffin, Bernice | Stallings, Brenda, et al. | 02-20118 | MSS |
| 45 | Gross, Lisa M. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 46 | Henderson, Tammy | Stallings, Brenda, et al. | 02-20118 | MSS |
| 47 | Hisaw, Norma Dempsey | Stallings, Brenda, et al. | 02-20118 | MSS |
| 48 | Jenkins, Barbara J. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 49 | Johnson, Menalone A. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 50 | Johnson, Ramona | Stallings, Brenda, et al. | 02-20118 | MSS |
| 51 | Jones, Jacalyn T. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 52 | Logan, Virginia A. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 53 | McMillian, Bruce D. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 54 | McNeill, Robin | Stallings, Brenda, et al. | 02-20118 | MSS |
| 55 | Milano, Melissa | Stallings, Brenda, et al. | 02-20118 | MSS |
| 56 | Morgan, Donna Gail | Stallings, Brenda, et al. | 02-20118 | MSS |
| 57 | Preston, Carolyn | Stallings, Brenda, et al. | 02-20118 | MSS |
| 58 | Reed, Angela Tuck | Stallings, Brenda, et al. | 02-20118 | MSS |
| 59 | Shaffer, Catherine M. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 60 | Simpson, Carrie | Stallings, Brenda, et al. | 02-20118 | MSS |
| 61 | Smith, Johnnie | Stallings, Brenda, et al. | 02-20118 | MSS |
| 62 | Sterling, Patricia | Stallings, Brenda, et al. | 02-20118 | MSS |
| 63 | Stevenson, Annie | Stallings, Brenda, et al. | 02-20118 | MSS |
| 64 | Stewart, Harriet J. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 65 | Thomas, Latonya | Stallings, Brenda, et al. | 02-20118 | MSS |
| 66 | Thompson, Wanda J. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 67 | Timms, Mary Schaefer | Stallings, Brenda, et al. | 02-20118 | MSS |
| 68 | Tomlinson, Betty Louanne | Stallings, Brenda, et al. | 02-20118 | MSS |
| 69 | Varvil, Mary D. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 70 | Washington-Hackman, Karen | Stallings, Brenda, et al. | 02-20118 | MSS |
| 71 | Westbrook, William A. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 72 | Whitecomb, Maxine Tally | Stallings, Brenda, et al. | 02-20118 | MSS |
| 73 | Williams, Ruth M. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 74 | Williford, Edsell | Stallings, Brenda, et al. | 02-20118 | MSS |
| 75 | Wilson, Carol P. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 76 | Wilson, Mae | Stallings, Brenda, et al. | 02-20118 | MSS |
| 77 | Winters, Cynthia S. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 78 | Wright, Marsha L. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 79 | Wroten, Tabitha M. | Stallings, Brenda, et al. | 02-20118 | MSS |
| 80 | Adams, Tracy | Binion, Janice, et al. | 02-20119 | MSS |
| 81 | Allen, Mitzi M. | Binion, Janice, et al. | 02-20119 | MSS |
| 82 | Archie, Essie L. | Binion, Janice, et al. | 02-20119 | MSS |
| 83 | Busby, Eddie H. | Binion, Janice, et al. | 02-20119 | MSS |
| 84 | Cowell, Jeanne | Binion, Janice, et al. | 02-20119 | MSS |
| 85 | Cowell, Mike | Binion, Janice, et al. | 02-20119 | MSS |
| 86 | Douglas, Gail Lynn Hudson | Binion, Janice, et al. | 02-20119 | MSS |
| 87 | Durdin, Ladye J. | Binion, Janice, et al. | 02-20119 | MSS |
| 88 | Ellis, Anne S. | Binion, Janice, et al. | 02-20119 | MSS |
| 89 | Evans, Phyllis | Binion, Janice, et al. | 02-20119 | MSS |

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 90 | Garlisle, Rebecca, correctly identified on complaint as Carlisle, Rebecca | Binion, Janice, et al. | 02-20119 | MSS |
| 91 | Gilliam, Phillip | Binion, Janice, et al. | 02-20119 | MSS |
| 92 | Girdley, Garry Joe | Binion, Janice, et al. | 02-20119 | MSS |
| 93 | Hachtel, Keith Paul | Binion, Janice, et al. | 02-20119 | MSS |
| 94 | Harris, Lori | Binion, Janice, et al. | 02-20119 | MSS |
| 95 | Henry, Barbara J. | Binion, Janice, et al. | 02-20119 | MSS |
| 96 | Johnson, Lisa | Binion, Janice, et al. | 02-20119 | MSS |
| 97 | Johnson, Terry | Binion, Janice, et al. | 02-20119 | MSS |
| 98 | Kinsey, Meredith A. | Binion, Janice, et al. | 02-20119 | MSS |
| 99 | Lucas, Avis Yvonne | Binion, Janice, et al. | 02-20119 | MSS |
| 100 | Malone, Donna | Binion, Janice, et al. | 02-20119 | MSS |
| 101 | McClure, Frances P. | Binion, Janice, et al. | 02-20119 | MSS |
| 102 | Mitchell, Marie N. | Binion, Janice, et al. | 02-20119 | MSS |
| 103 | Purnell, Lizette | Binion, Janice, et al. | 02-20119 | MSS |
| 104 | Rose, Alisha D. | Binion, Janice, et al. | 02-20119 | MSS |
| 105 | Shaw, Shirley | Binion, Janice, et al. | 02-20119 | MSS |
| 106 | Smith, William Peyton | Binion, Janice, et al. | 02-20119 | MSS |
| 107 | Taylor, Albert | Binion, Janice, et al. | 02-20119 | MSS |
| 108 | Tolliver, Agnes | Binion, Janice, et al. | 02-20119 | MSS |
| 109 | Turney-Miller, Debbie | Binion, Janice, et al. | 02-20119 | MSS |
| 110 | Wilson, Phonecia S. | Binion, Janice, et al. | 02-20119 | MSS |
| 111 | Allen, Sharon | Chandler, Lillian, et al. | 02-20120 | MSS |
| 112 | Amburn, Michael C. | Chandler, Lillian, et al. | 02-20120 | MSS |
| 113 | Cupp, Tammy | Chandler, Lillian, et al. | 02-20120 | MSS |
| 114 | Glenn-Beady, Helen Marie | Chandler, Lillian, et al. | 02-20120 | MSS |
| 115 | Jackson, Barnett | Chandler, Lillian, et al. | 02-20120 | MSS |
| 116 | Kennedy, Melissa K. | Chandler, Lillian, et al. | 02-20120 | MSS |
| 117 | Poe, Lora A. | Chandler, Lillian, et al. | 02-20120 | MSS |
| 118 | White, Leslie | Chandler, Lillian, et al. | 02-20120 | MSS |
| 119 | Adams, Cynthia D. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 120 | Arnold, Mary Alice | Sanders, Mary F., et al. | 02-20121 | MSS |
| 121 | Barbee, Elenor J. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 122 | Beaver, Amanda J. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 123 | Beaver, Harry L. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 124 | Beaver, Sandra | Sanders, Mary F., et al. | 02-20121 | MSS |
| 125 | Bolden, Sue | Sanders, Mary F., et al. | 02-20121 | MSS |
| 126 | Brock, Mary Margo a/k/a Brock, Mary M. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 127 | Butler, Peggie | Sanders, Mary F., et al. | 02-20121 | MSS |
| 128 | Carter, Rebecca Lou | Sanders, Mary F., et al. | 02-20121 | MSS |
| 129 | Cooke, Faye | Sanders, Mary F., et al. | 02-20121 | MSS |
| 130 | Cunningham, Kay | Sanders, Mary F., et al. | 02-20121 | MSS |
| 131 | Dale, Sarah | Sanders, Mary F., et al. | 02-20121 | MSS |
| 132 | Davis, Betty J. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 133 | Evans, Ellouise | Sanders, Mary F., et al. | 02-20121 | MSS |
| 134 | Evans, Rhonda Saul | Sanders, Mary F., et al. | 02-20121 | MSS |

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 135 | Fortune, Gween | Sanders, Mary F., et al. | 02-20121 | MSS |
| 136 | Frye, Jacqueline | Sanders, Mary F., et al. | 02-20121 | MSS |
| 137 | Guisti, Deborah C. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 138 | Harwell, Patricia G. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 139 | Holder, Cindy C. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 140 | Holland-Sims, Sharon D. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 141 | Hunt, Deshonnon | Sanders, Mary F., et al. | 02-20121 | MSS |
| 142 | Johnson, Rhonda R. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 143 | Johnson, Traci | Sanders, Mary F., et al. | 02-20121 | MSS |
| 144 | Love, Bobbie F. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 145 | Mathes, Jo Ann | Sanders, Mary F., et al. | 02-20121 | MSS |
| 146 | McClure, Hanna | Sanders, Mary F., et al. | 02-20121 | MSS |
| 147 | Mister, Jacqueline | Sanders, Mary F., et al. | 02-20121 | MSS |
| 148 | Pate, John L. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 149 | Rachal, Nancy | Sanders, Mary F., et al. | 02-20121 | MSS |
| 150 | Reeves, Laleta Lane a/k/a Reeves, Laleta L. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 151 | Shaw, Freddy | Sanders, Mary F., et al. | 02-20121 | MSS |
| 152 | Spindler, Sandra J. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 153 | Taylor, Therial | Sanders, Mary F., et al. | 02-20121 | MSS |
| 154 | Temple, Lorna | Sanders, Mary F., et al. | 02-20121 | MSS |
| 155 | Thomas, LaSonya | Sanders, Mary F., et al. | 02-20121 | MSS |
| 156 | Washington, Dorothy Jean a/k/a Washington, Dorothy J. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 157 | Williams, Virginia R. | Sanders, Mary F., et al. | 02-20121 | MSS |
| 158 | Wilson, Kinley | Sanders, Mary F., et al. | 02-20121 | MSS |
| 159 | Allen, Moroline H. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 160 | Breimer, Stephen F. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 161 | Chalmers, Barbara | Mosley, Patricia, et al. | 02-20122 | MSS |
| 162 | Cohen, Philip | Mosley, Patricia, et al. | 02-20122 | MSS |
| 163 | Coleman, Christine | Mosley, Patricia, et al. | 02-20122 | MSS |
| 164 | Follis-McClure, Jackie | Mosley, Patricia, et al. | 02-20122 | MSS |
| 165 | Franks, Crystal | Mosley, Patricia, et al. | 02-20122 | MSS |
| 166 | Girdley, Debbie | Mosley, Patricia, et al. | 02-20122 | MSS |
| 167 | Harris, Sandra L. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 168 | Hemphill, Sylvia L. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 169 | Henderson, Kim | Mosley, Patricia, et al. | 02-20122 | MSS |
| 170 | Hill, Debra | Mosley, Patricia, et al. | 02-20122 | MSS |
| 171 | Hollingsworth, Don | Mosley, Patricia, et al. | 02-20122 | MSS |
| 172 | Howell, Ruby Nell | Mosley, Patricia, et al. | 02-20122 | MSS |
| 173 | James, Monica | Mosley, Patricia, et al. | 02-20122 | MSS |
| 174 | King, Cyndi D. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 175 | Lee, Jr., Joseph | Mosley, Patricia, et al. | 02-20122 | MSS |
| 176 | McSwine, Doris | Mosley, Patricia, et al. | 02-20122 | MSS |
| 177 | Morgan, Todd Eric | Mosley, Patricia, et al. | 02-20122 | MSS |
| 178 | Phelan, Pamelia R. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 179 | Price, Charlotte S. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 180 | Prisock, Rhonda | Mosley, Patricia, et al. | 02-20122 | MSS |

Page Kruger and Holland MDL Plaintiffs
Multiple Plaintiff Cases
12/14/2006

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 181 | Simmons, Carol | Mosley, Patricia, et al. | 02-20122 | MSS |
| 182 | Smith, Jerry | Mosley, Patricia, et al. | 02-20122 | MSS |
| 183 | Stewart, Charles David a/k/a Steward Charles D. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 184 | Stewart, Mary | Mosley, Patricia, et al. | 02-20122 | MSS |
| 185 | Tillman, Quinita | Mosley, Patricia, et al. | 02-20122 | MSS |
| 186 | Toliver, Beverly | Mosley, Patricia, et al. | 02-20122 | MSS |
| 187 | Weathersby, Sharon P. | Mosley, Patricia, et al. | 02-20122 | MSS |
| 188 | White, Earnestine | Mosley, Patricia, et al. | 02-20122 | MSS |