IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE / DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) :    MDL DOCKET NO. 1203

THIS ORDER RELATES TO THE
PAGE, KRUGER & HOLLAND, P.A.
CASES LISTED ON EXHIBIT A

<u>PRETRIAL ORDER NO. _____</u>

AND NOW TO WIT: This _____ day of _____ 2007 it having been advised that all claims between all the parties in the cases listed on Exhibit A have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibit A, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: _____s/Ronald Vance_____
Ronald Vance
Deputy Clerk

**EXHIBIT A**

Page, Kruger & Holland, P.A.
MDL Plaintiffs
Multi Plaintiff Cases
4/23/2007

| # | Plaintiff Name | Case Name | MDL # | Transferor Court |
|---|---|---|---|---|
| 1 | Richardson, Eula | Binion, Janice | 02-20119 | MSS |